[Civil No. 2605. Filed October 10, 1927.]

[259 Pac. 890.]

BENJAMIN BROWN, Jr., Appellant, v. A. T. HAMMONS, State Superintendent of Banks, Acting as Receiver of the Bank of Winslow, of Winslow, Arizona, an Insolvent Banking Corporation, Appellee.

Messrs. Stockton & Perry and Mr. Thomas A. Flynn, for Appellant.

Mr. John A. Ellis, and Messrs. Sapp & McLaughlin, for Appellee.

PER CURIAM.—This case was disposed of in the court's opinion in *Jarvis* v. *Hammons* (No. 2606), *ante*, p. 444, 259 Pac. 886. For the reasons set forth in that opinion, the judgment against the appellant here (Brown) must be affirmed.

It is accordingly so ordered.